## Commonwealth *v.* Brown, Appellant.

Before McWILLIAMS, JR., J.

Argued November 12, 1974. *Robert S. Glass,* for appellant; *Caram J. Abood*, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment affirmed.

## Commonwealth, Appellant, *v.* Bryant.

Before JOHNSON, J.

Argued November 13, 1974. *Robert L. Eberhardt,* Assistant District Attorney, with him *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellant; *Stephen P. Swem,* Trial Defender, with him *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellee.

Appeal quashed.

VAN DER VOORT, J., dissents.